### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN TORRES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-4915** |
| | : | |
| **PATRICIA THOMPSON, THE** | : | |
| **DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA, THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | |

## ORDER

**AND NOW**, this 3rd day of November 2025, upon careful and independent consideration of the petition for a writ of *habeas corpus* (DI 1), respondents' response regarding timeliness (DI 9), petitioner's four replies (DI 10, 16, 19, 21[1]), his state court criminal docket, Judge Arteaga's Report and Recommendation (DI 22), petitioner's objections (DI 25), the Third Circuit's order (DI 30), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.     The Report and Recommendation (DI 22) is **APPROVED** and **ADOPTED**.

2.     The petitioner's objections (DI 25) are **OVERRULED**.

3.     The petition for a writ of *habeas corpus* is **DISMISSED** without prejudice with 60 days to refile as directed in the accompanying memorandum.

4.     There is no probable cause to issue a certificate of appealability.

_____
**MURPHY, J.**

---

[1] Petitioner's fourth reply was docketed in error as a "motion for attorney fees." DI 21.